**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ROY W. MORENO,**<br><br>    **Plaintiff,**<br><br>    **vs.**<br><br>**OLD REPUBLIC TITLE COMPANY** *et al.***,**<br><br>    **Defendant(s).** | **Case No.: 11-CV-4939 YGR**<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO SERVE; AND CONTINUING CASE MANAGEMENT CONFERENCE** |

*Pro s*e Plaintiff Roy Moreno filed this lawsuit on October 5, 2011.  Plaintiff has not yet filed proof of service upon any of the Defendants.  Defendants must be served within 120 days from the date the lawsuit was filed pursuant to Federal Rule of Civil Procedure 4(m).  Because the lawsuit was filed on October 5, 2011, the deadline for service was February 2, 2012.

Plaintiff is hereby **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to serve.  A hearing on this Order to Show Cause will be held on **Friday, October 19, 2012** on the Court's **9:01a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5.  The Court orders that **by October 15, 2012**, Plaintiff must file either (1) proof of service upon the Defendants or (2) Show Cause why this action should not be dismissed for failure to serve the Defendants within the allowed time period.

If Plaintiff fails to comply with this order, the Court shall dismiss this action for failure to prosecute.

The Case Management Conference set for September 17, 2012 is **CONTINUED** to **December 3, 2012**.  An updated Case Management Conference Statement must be filed 5 business days in advance of the Case Management Conference.

**IT IS SO ORDERED.**
**Date: September 12, 2012**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**