**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ROY W. MORENO,**<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**OLD REPUBLIC TITLE COMPANY** *et al.*,<br><br>　　　　Defendant(s). | Case No.: 11-CV-4939 YGR<br><br>**ORDER VACATING HEARING** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　On September 12, 2009, the Court issued an Order to Show Cause, requiring Plaintiff to file a proof of service and set a compliance hearing regarding whether Plaintiff filed such proof of service. (Dkt. No. 9.) Plaintiff has filed proof of service.

　　Accordingly, the Court **VACATES** the Show Cause Hearing set for Friday, October 19, 2012 on the Court's 9:01a.m. Calendar

　　**IT IS SO ORDERED**.
**Datef <'"Qewqdgt '3: .'4234**

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**